850

of Wyoming denied. *Mr. Michael A. Rattigan* for petitioner. No appearance for respondent.

No. 843. SOUTHERN TRANSPORTATION Co. ET AL. *v.* INTERSTATE COMMERCE COMMISSION. May 18, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Karl Knox Gartner* for petitioners. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for respondent.

No. 848. CHICAGOFF EXTENSION GOLD MINING Co. *v.* ALASKA HANDY GOLD MINING Co. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. W. H. Metson* and *A. H. Ricketts* for petitioner. *Messrs. F. W. Clements* and *Lawrence H. Cake* for respondent.

No. 850. BAUER BROTHERS Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Homer C. Corry* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, John G. Remey,* and *William H. Riley, Jr.,* for respondent.

No. 851. SALIBO *v.* UNITED STATES. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Howard McCaleb, Jr.,* for petitioner. *Solicitor General Thacher, As-*